202

## STATE v. ARLANE BRANDVOLD.[1]

December 1, 1950.

No. 35,273.

*Thornton & Thornton,* for appellant.

*J. A. A. Burnquist,* Attorney General, and *Ralph A. Stone,* Assistant Attorney General, for the State.

KNUTSON, JUSTICE.

The facts in this case are identical with those in State v. Masteller, 232 Minn. 196, 45 N. W. (2d) 109, filed herewith, except that defendant here was sentenced to imprisonment in the state reformatory. The same law is applicable to both, and decision in this case is governed by the opinion in the Masteller case.

Reversed and remanded to the district court with instructions to impose a proper and lawful sentence.

[1]Reported in 45 N. W. (2d) 111.